UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
DEBORAH K BUCKNER  
258 NC HWY 62 E LOT 28  
GREENSBORO, NC  27406  

CASE NO. 20-10656  
JUDGE BENJAMIN A. KAHN  

DEBTOR

SSN(1) XXX-XX-0790            DATE: 03/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 0790<br>COMMENT: OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $3,683.72<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 2863<br>COMMENT: 221TFCL |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,565.50<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 3431<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 0790<br>COMMENT: OC |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $4,657.50<br>INT: 5.25%<br>NAME ID: 161576<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 3228<br>COMMENT: 08TOYO,820A |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $10,077.63<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 3228<br>COMMENT: SPLIT,820A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $876.75<br>INT:  .00%<br>NAME ID:  175253<br>CLAIM #:  0009 | | (U) UNSECURED<br><br>ACCT:  6452<br>COMMENT: |
| WELLS FARGO BANK<br>WELLS FARGO SERVICING CENTER<br>P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $1,512.34<br>INT:  .00%<br>NAME ID:  124360<br>CLAIM #:  0011 | | (U) UNSECURED<br><br>ACCT:  5537<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $16,127.08<br>INT:  .00%<br>NAME ID:  43374<br>CLAIM #:  0010 | | (U) UNSECURED<br><br>ACCT:  2754<br>COMMENT: |
| **TOTAL:** | **$40,500.52** | | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $5,000.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/16/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice